*Mr. L. A. Foot,* Attorney General, and *Mr. Rudolph Nelstead,* for Respondents.

———————

No. 5,583.—ANNA P. DeGROAT, Respondent, *v.* SUNBURST OIL & GAS CO. et al., Appellants.

*Appeal from District Court, Toole County; W. E. Carroll, a Judge of the Second Judicial District, Silver Bow County, presiding.*

PER CURIAM.—On stipulation of counsel, the appeal herein is dismissed.

*Messrs. McIntire & Murphy* and *Messrs. Norris, Hurd & Rhoades,* for Appellant.